UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY BRIAN WILSON,

    Plaintiff,

v.                                    Case No. 3:21cv1065-MCR-HTC

ESCAMBIA COUNTY JAIL, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 18, 2021 (ECF No. 5), which recommends this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with a Court order.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is adopted and incorporated by reference in this order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1065-MCR-HTC